**820**

No. 832. TINKOFF ET AL. *v.* GOLD, TRUSTEE, ET AL. February 10, 1947. On consideration of the suggestion of a diminution of the record and a motion for a writ of certiorari in that relation, the motion for certiorari is denied. The petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit is also denied. Petitioners *pro se.* *Robert Mack David* for David Storage & Moving Co. et al., respondents. ■

No. 843. PIZZA *v.* FOSTER, WARDEN. February 10, 1947. Petition for writ of certiorari to the Court of Appeals of New York denied. Petitioner *pro se.* *Nathaniel L. Goldstein,* Attorney General of New York, and *Wendell P. Brown,* Solicitor General, for respondent. ■

No. 870. FAUBERT *v.* MICHIGAN. February 10, 1947. Petition for writ of certiorari to the Supreme Court of Michigan denied.

No. 857. KAVAL *v.* RAGEN, WARDEN. ■

No. 883. KAVAL *v.* RAGEN, WARDEN. ■ February 10, 1947. Denied.

No. 789. VACUUM CAN CO. ET AL. *v.* SECURITIES & EXCHANGE COMMISSION. February 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Christopher B. Garnett, Thomas H. Riley* and *Everett Jennings* for petitioners. *Acting*